IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br> PLAINTIFF, <br><br> v. <br><br> PHILLIP W. OFFIL, JR., <br><br> DEFENDANT. | § § § § § § § § § § | CASE NO. 3:22-CV-121-N-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff United State Securities and Exchange Commission's *Unopposed Motion to Dismiss its Claims Against Phillip W. Offil, Jr.*, Doc. 59, is hereby **GRANTED**.

**Signed January 31, 2025**,

_____
**DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE**