IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>    PLAINTIFF,<br><br>v.<br><br>PHILLIP W. OFFIL, JR.,<br><br>    DEFENDANT. | §<br>§<br>§<br>§<br>§  CASE NO. 3:22-CV-121-N-BK<br>§<br>§<br>§<br>§ |

## JUDGMENT

It is hereby **ORDERED** that Plaintiff's claims against Defendant be **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

**Signed January 31, 2025**,

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE